# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

AMY CARNELL,

Plaintiff(s),

CASE NUMBER: 1:13-cv-1201-JDB/egb

v.

TMNO HEALTHCARE, LLC d/b/a
AVALON HOSPICE and CURO
HEALTH SERVICES, INC.,

Defendant(s).

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered on 10/10/2013, this case is hereby dismissed without prejudice.  It is further **ORDERED** that if Plaintiff subsequently chooses to re-file this suit against Defendants, the filing must be made in this Court.

**APPROVED:**

                              s/J. Daniel Breen
                              Chief United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**